**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: Jerry Jamaal Gjerdahl | § | Case No. 25-41476-KAC |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 05/08/2025. The undersigned trustee was appointed on 05/08/2025.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of $ 738.04

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.69 |
| Bank service fees | 60.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 677.35 |

The remaining funds are available for distribution.

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/31/2025 and the deadline for filing governmental claims was 11/04/2025. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $184.51. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $184.51, for a total compensation of $184.51[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $6.42 for total expenses of $6.42[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/15/2026

By: /s/ Nauni J. Manty
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1

# Individual Estate Property Record and Report

# Asset Cases

Exhibit A
Page: 1

**Case No.:** 25-41476-KAC
**Case Name:** Jerry Jamaal Gjerdahl

**For Period Ending:** 07/15/2026

**Trustee Name:** (430120) Nauni J. Manty
**Date Filed (f) or Converted (c):** 05/08/2025 (f)
**§ 341(a) Meeting Date:** 06/12/2025
**Claims Bar Date:** 10/31/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 843 Orange Street, Lino Lakes, MN 55014-0000, Anoka County | 356,600.00 | 0.00 | | 0.00 | FA |
| 2 | 2019 GMC Terrain, 137,000 miles | 4,470.50 | 0.00 | | 0.00 | FA |
| 3 | Household Goods and Furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2 TVs $200 Computer $100 2 iPads $500 Cell phone $350 | 1,150.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Smart watch | 50.00 | 0.00 | | 0.00 | FA |
| 7 | 2 Dogs, 1 Cat | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Misc household tools, hand tools | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Cash | 31.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: Credit Karma Negative Balance <$18.00> | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Savings: Credit Karma Zero balance | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Deposits of money: Chime | 83.00 | 0.00 | | 0.00 | FA |
| 13 | Deposits of money: Paypal Zero balance | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Deposits of money: Venmo Zero balance | 0.00 | 0.00 | | 0.00 | FA |
| 15 | T-Mobile stock-not vested | 0.00 | 0.00 | | 0.00 | FA |
| 16 | 401k: Fidelity | 1,000.00 | 0.00 | | 0.00 | FA |
| 17 | Earned but unpaid net wages | 3,000.00 | 0.00 | | 0.00 | FA |
| 18 | Garnished wages - Gurstel - NEVER GARNISHED<br>Scheduled on SOFA with value of $3,398.90. | 2,035.02 | 0.00 | | 0.00 | FA |
| 19 | Int. in Ins. policies: Homeowner's insurance policy through Safeco | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Int. in Ins. policies: Term life insurance policy through employer | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Stenger garnishment - Scheduled on SOFA | 738.04 | 738.04 | | 738.04 | FA |
| **21** | **Assets Totals (Excluding unknown values)** | **$371,657.56** | **$738.04** | | **$738.04** | **$0.00** |

# Form 1

# Individual Estate Property Record and Report

# Asset Cases



**Case No.:** 25-41476-KAC
**Case Name:** Jerry Jamaal Gjerdahl
**For Period Ending:** 07/15/2026

**Trustee Name:** (430120) Nauni J. Manty
**Date Filed (f) or Converted (c):** 05/08/2025 (f)
**§ 341(a) Meeting Date:** 06/12/2025
**Claims Bar Date:** 10/31/2025

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 06/30/2026 **Current Projected Date Of Final Report (TFR):** 08/12/2026

# Form 2

**Exhibit B**

Page: 1

# Cash Receipts And Disbursements Record

**Case No.:** 25-41476-KAC
**Case Name:** Jerry Jamaal Gjerdahl
**Taxpayer ID #:** **-***5405
**For Period Ending:** 07/15/2026

**Trustee Name:** Nauni J. Manty (430120)
**Bank Name:** TriState Capital Bank
**Account #:** ******1562 Checking
**Blanket Bond (per case limit):** $20,500,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/28/25 | {21} | Resurgent Capital Services - Stenger | Payment for preference | 1141-000 | 738.04 | | 738.04 |
| 07/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 733.04 |
| 08/29/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 728.04 |
| 09/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 723.04 |
| 10/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 718.04 |
| 11/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 713.04 |
| 12/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 708.04 |
| 01/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 703.04 |
| 02/27/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 698.04 |
| 03/31/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 693.04 |
| 04/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 688.04 |
| 05/29/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 683.04 |
| 06/02/26 | 101 | International Sureties | Bond #612418760 | 2300-000 | | 0.69 | 682.35 |
| 06/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 677.35 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **738.04** | **60.69** | **$677.35** |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | **738.04** | **60.69** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$738.04** | **$60.69** | |

# Form 2



## Cash Receipts And Disbursements Record

**Case No.:** 25-41476-KAC
**Case Name:** Jerry Jamaal Gjerdahl
**Taxpayer ID #:** **-***5405
**For Period Ending:** 07/15/2026

**Trustee Name:** Nauni J. Manty (430120)
**Bank Name:** TriState Capital Bank
**Account #:** ******1562 Checking
**Blanket Bond (per case limit):** $20,500,000.00
**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1562 Checking | $738.04 | $60.69 | $677.35 |
| | **$738.04** | **$60.69** | **$677.35** |

Printed: 07/15/26 1:04 PM

# Exhibit C
# Claims Distribution Register



**Case: 25-41476-KAC Jerry Jamaal Gjerdahl**

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 07/30/25 | 200 | Nauni J. Manty<br>150 South Fifth Street<br>Suite 3125<br>Minneapolis, MN 55402<br><2100-00 Trustee Compensation> | $ 184.51 | $ 184.51 | $ 0.00 | $ 184.51 | $ 184.51 |
| | 07/15/26 | 200 | Nauni J. Manty<br>150 South Fifth Street<br>Suite 3125<br>Minneapolis, MN 55402<br><2200-00 Trustee Expenses> | $ 6.42 | $ 6.42 | $ 0.00 | $ 6.42 | $ 6.42 |
| | Total for Priority 200: | | 100% Paid | $ 190.93 | $ 190.93 | $ 0.00 | $ 190.93 | $ 190.93 |
| | | | Total for Admin Ch. 7 Claims: | $ 190.93 | $ 190.93 | $ 0.00 | $ 190.93 | $ 190.93 |
| **Priority Claims:** | | | | | | | | |
| 10P | 09/03/25 | 570 | Minnesota Department of Revenue<br>Po Box 64447-BKY<br>St Paul, MN 55164-0447<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 1,533.36 | $ 1,533.36 | $ 0.00 | $ 1,533.36 | $ 486.42 |
| | Total for Priority 570: | | 31.72249% Paid | $ 1,533.36 | $ 1,533.36 | $ 0.00 | $ 1,533.36 | $ 486.42 |
| | | | Total for Priority Claims: | $ 1,533.36 | $ 1,533.36 | $ 0.00 | $ 1,533.36 | $ 486.42 |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 08/01/25 | 610 | COMCAST<br>PO BOX 1931<br>Burlingame, CA 94011<br><7100-00 General Unsecured - § 726(a)(2)> | $ 597.81 | $ 597.81 | $ 0.00 | $ 597.81 | $ 0.00 |
| 2 | 08/04/25 | 610 | Quantum3 Group LLC as agent for<br>PO Box 2489<br>Kirkland, WA 98083-2489<br><7100-00 General Unsecured - § 726(a)(2)> | $ 4,547.08 | $ 4,547.08 | $ 0.00 | $ 4,547.08 | $ 0.00 |
| 3 | 08/04/25 | 610 | Quantum3 Group LLC as agent for<br>PO Box 2489<br>Kirkland, WA 98083-2489<br><7100-00 General Unsecured - § 726(a)(2)> | $ 850.90 | $ 850.90 | $ 0.00 | $ 850.90 | $ 0.00 |
| 4 | 08/05/25 | 610 | Aidvantage on behalf of<br>Dept of Ed Loan Services PO Box 4450<br>Portland, OR 97208<br><7100-00 General Unsecured - § 726(a)(2)> | $ 12,420.41 | $ 12,420.41 | $ 0.00 | $ 12,420.41 | $ 0.00 |

# Exhibit C
# Claims Distribution Register

### Case: 25-41476-KAC Jerry Jamaal Gjerdahl

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 5 | 08/05/25 | 610 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00 General Unsecured - § 726(a)(2)> | $ 469.74 | $ 469.74 | $ 0.00 | $ 469.74 | $ 0.00 |
| 6 | 08/06/25 | 610 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00 General Unsecured - § 726(a)(2)> | $ 345.50 | $ 345.50 | $ 0.00 | $ 345.50 | $ 0.00 |
| 7 | 08/07/25 | 610 | U.S Department of Education c/o Nelnet<br>PO Box 2837<br>PORTLAND, OR 97208<br><7100-00 General Unsecured - § 726(a)(2)> | $ 5,112.17 | $ 5,112.17 | $ 0.00 | $ 5,112.17 | $ 0.00 |
| 8 | 08/08/25 | 610 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368<br><7100-00 General Unsecured - § 726(a)(2)> | $ 1,336.40 | $ 1,336.40 | $ 0.00 | $ 1,336.40 | $ 0.00 |
| 9 | 08/29/25 | 610 | Quantum3 Group LLC as agent for<br>PO Box 2489<br>Kirkland, WA 98083-2489<br><7100-00 General Unsecured - § 726(a)(2)> | $ 1,546.94 | $ 1,546.94 | $ 0.00 | $ 1,546.94 | $ 0.00 |
| 10U | 09/03/25 | 610 | Minnesota Department of Revenue<br>Po Box 64447-BKY<br>St Paul, MN 55164-0447<br><7100-00 General Unsecured - § 726(a)(2)> | $ 61.32 | $ 61.32 | $ 0.00 | $ 61.32 | $ 0.00 |
| 11 | 09/11/25 | 610 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00 General Unsecured - § 726(a)(2)> | $ 716.09 | $ 716.09 | $ 0.00 | $ 716.09 | $ 0.00 |
| 12 | 09/18/25 | 610 | Jefferson Capital Systems, LLC<br>PO Box 772813<br>Chicago, IL 60677-2813<br><7100-00 General Unsecured - § 726(a)(2)> | $ 2,124.49 | $ 2,124.49 | $ 0.00 | $ 2,124.49 | $ 0.00 |
| 13 | 09/23/25 | 610 | Quantum3 Group LLC as agent for<br>PO Box 2489<br>Kirkland, WA 98083-2489<br><7100-00 General Unsecured - § 726(a)(2)> | $ 7,300.57 | $ 7,300.57 | $ 0.00 | $ 7,300.57 | $ 0.00 |

# Exhibit C
# Claims Distribution Register

### Case: 25-41476-KAC Jerry Jamaal Gjerdahl

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 14 | 09/25/25 | 610 | Verizon<br>by AIS InfoSource LP as agent<br>PO Box 4457<br>Houston, TX 77210-4457<br><7100-00 General Unsecured - § 726(a)(2)> | $ 3,724.73 | $ 3,724.73 | $ 0.00 | $ 3,724.73 | $ 0.00 |
| 15 | 10/13/25 | 610 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090<br><7100-00 General Unsecured - § 726(a)(2)> | $ 841.19 | $ 841.19 | $ 0.00 | $ 841.19 | $ 0.00 |
| | | | Total for Priority 610: 0% Paid | $ 41,995.34 | $ 41,995.34 | $ 0.00 | $ 41,995.34 | $ 0.00 |
| | | | Total for Unsecured Claims: | $ 41,995.34 | $ 41,995.34 | $ 0.00 | $ 41,995.34 | $ 0.00 |
| | | | Total for Case: | $ 43,719.63 | $ 43,719.63 | $ 0.00 | $ 43,719.63 | $ 677.35 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 25-41476-KAC
Case Name: Jerry Jamaal Gjerdahl
Trustee Name: Nauni J. Manty

**Balance on hand:** $ 677.35

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 677.35

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Nauni J. Manty | 184.51 | 0.00 | 184.51 |
| Trustee, Expenses - Nauni J. Manty | 6.42 | 0.00 | 6.42 |

Total to be paid for chapter 7 administrative expenses: $ 190.93
Remaining balance: $ 486.42

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 486.42

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,533.36 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10P | Minnesota Department of Revenue | 1,533.36 | 0.00 | 486.42 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 486.42 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $41,995.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | COMCAST | 597.81 | 0.00 | 0.00 |
| 2 | Quantum3 Group LLC as agent for | 4,547.08 | 0.00 | 0.00 |
| 3 | Quantum3 Group LLC as agent for | 850.90 | 0.00 | 0.00 |
| 4 | Aidvantage on behalf of | 12,420.41 | 0.00 | 0.00 |
| 5 | LVNV Funding, LLC | 469.74 | 0.00 | 0.00 |
| 6 | LVNV Funding, LLC | 345.50 | 0.00 | 0.00 |
| 7 | U.S Department of Education c/o Nelnet | 5,112.17 | 0.00 | 0.00 |
| 8 | MERRICK BANK | 1,336.40 | 0.00 | 0.00 |
| 9 | Quantum3 Group LLC as agent for | 1,546.94 | 0.00 | 0.00 |
| 10U | Minnesota Department of Revenue | 61.32 | 0.00 | 0.00 |
| 11 | LVNV Funding, LLC | 716.09 | 0.00 | 0.00 |
| 12 | Jefferson Capital Systems, LLC | 2,124.49 | 0.00 | 0.00 |
| 13 | Quantum3 Group LLC as agent for | 7,300.57 | 0.00 | 0.00 |
| 14 | Verizon | 3,724.73 | 0.00 | 0.00 |
| 15 | Midland Credit Management, Inc. | 841.19 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |