**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**Minneapolis DIVISION**

| | | |
|---|---|---|
| In re: Jerry Jamaal Gjerdahl | § | Case No. 25-41476-KAC |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Nauni J. Manty, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $370,919.52 | Assets Exempt: | $92,977.00 |
| Total Distributions to Claimants: | $486.42 | Claims Discharged Without Payment: | $78,490.37 |
| Total Expenses of Administration: | $251.62 | | |

3) Total gross receipts of $738.04 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $738.04 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $291,628.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $251.62 | $251.62 | $251.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $1,533.36 | $1,533.36 | $486.42 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $56,172.69 | $41,995.34 | $41,995.34 | $0.00 |
| **TOTAL DISBURSEMENTS** | $347,800.69 | $43,780.32 | $43,780.32 | $738.04 |

4) This case was originally filed under chapter 7 on 05/08/2025. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/09/2026

By: /s/ Nauni J. Manty
Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stenger garnishment - Scheduled on SOFA | 1141-000 | $738.04 |
| **TOTAL GROSS RECEIPTS** | | **$738.04** |

[1] *The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Freedom Mortgage Corporation | 4110-000 | $272,188.00 | NA | NA | NA |
| N/F | Santander Consumer Usa | 4110-000 | $19,440.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$291,628.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Nauni J. Manty | 2100-000 | NA | $184.51 | $184.51 | $184.51 |
| Trustee, Expenses - Nauni J. Manty | 2200-000 | NA | $6.42 | $6.42 | $6.42 |
| Bond Payments - BOND | 2300-000 | NA | $0.69 | $0.69 | $0.69 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $60.00 | $60.00 | $60.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$251.62** | **$251.62** | **$251.62** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10P | Minnesota Department of Revenue | 5800-000 | NA | $1,533.36 | $1,533.36 | $486.42 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$1,533.36** | **$1,533.36** | **$486.42** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | COMCAST | 7100-000 | $597.00 | $597.81 | $597.81 | $0.00 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | $4,547.00 | $4,547.08 | $4,547.08 | $0.00 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | NA | $850.90 | $850.90 | $0.00 |
| 4 | Aidvantage on behalf of | 7100-000 | NA | $12,420.41 | $12,420.41 | $0.00 |
| 5 | LVNV Funding, LLC | 7100-000 | NA | $469.74 | $469.74 | $0.00 |
| 6 | LVNV Funding, LLC | 7100-000 | NA | $345.50 | $345.50 | $0.00 |
| 7 | U.S Department of Education c/o Nelnet | 7100-000 | NA | $5,112.17 | $5,112.17 | $0.00 |
| 8 | MERRICK BANK | 7100-000 | $1,336.00 | $1,336.40 | $1,336.40 | $0.00 |
| 9 | Quantum3 Group LLC as agent for | 7100-000 | NA | $1,546.94 | $1,546.94 | $0.00 |
| 10U | Minnesota Department of Revenue | 7100-000 | NA | $61.32 | $61.32 | $0.00 |
| 11 | LVNV Funding, LLC | 7100-000 | $716.09 | $716.09 | $716.09 | $0.00 |
| 12 | Jefferson Capital Systems, LLC | 7100-000 | NA | $2,124.49 | $2,124.49 | $0.00 |
| 13 | Quantum3 Group LLC as agent for | 7100-000 | $7,843.57 | $7,300.57 | $7,300.57 | $0.00 |
| 14 | Verizon | 7100-000 | $3,797.00 | $3,724.73 | $3,724.73 | $0.00 |
| 15 | Midland Credit Management, Inc. | 7100-000 | $841.00 | $841.19 | $841.19 | $0.00 |
| N/F | CACH, LLC | 7100-000 | $1,576.84 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $345.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Continental Finance | 7100-000 | $1,628.94 | NA | NA | NA |
| N/F | Credit One Bank | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Credit One Bank | 7100-000 | $748.00 | NA | NA | NA |
| N/F | Dept Of Education/neln | 7100-000 | $1,826.00 | NA | NA | NA |
| N/F | Dept Of Education/neln | 7100-000 | $3,259.00 | NA | NA | NA |
| N/F | Dish Purchasing Corporation | 7100-000 | $431.00 | NA | NA | NA |
| N/F | First Premier Bank | 7100-000 | $1,013.00 | NA | NA | NA |
| N/F | First Premier Bank | 7100-000 | $952.00 | NA | NA | NA |
| N/F | First Savings Bank | 7100-000 | $612.00 | NA | NA | NA |
| N/F | First Savings Bank/Blaze | 7100-000 | $1,091.00 | NA | NA | NA |
| N/F | Helix by TBO Bank | 7100-000 | $1,812.00 | NA | NA | NA |
| N/F | Huntington Bank | 7100-000 | $221.00 | NA | NA | NA |
| N/F | LCA Vision, Inc | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | Mission Lane LLC | 7100-000 | $965.00 | NA | NA | NA |
| N/F | Navient | 7100-000 | $14,183.00 | NA | NA | NA |
| N/F | Synchrony Bank | 7100-000 | $1,396.81 | NA | NA | NA |
| N/F | Synchrony Bank | 7100-000 | $1,020.14 | NA | NA | NA |
| N/F | Target NB | 7100-000 | $914.30 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$56,172.69** | **$41,995.34** | **$41,995.34** | **$0.00** |

# Form 1

# Individual Estate Property Record and Report

# Asset Cases

Exhibit 8
Page: 1

**Case No.:** 25-41476-KAC
**Case Name:** Jerry Jamaal Gjerdahl
**For Period Ending:** 09/09/2026

**Trustee Name:** (430120) Nauni J. Manty
**Date Filed (f) or Converted (c):** 05/08/2025 (f)
**§ 341(a) Meeting Date:** 06/12/2025
**Claims Bar Date:** 10/31/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 843 Orange Street, Lino Lakes, MN 55014-0000, Anoka County | 356,600.00 | 0.00 | | 0.00 | FA |
| 2 | 2019 GMC Terrain, 137,000 miles | 4,470.50 | 0.00 | | 0.00 | FA |
| 3 | Household Goods and Furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2 TVs $200 Computer $100 2 iPads $500 Cell phone $350 | 1,150.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Smart watch | 50.00 | 0.00 | | 0.00 | FA |
| 7 | 2 Dogs, 1 Cat | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Misc household tools, hand tools | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Cash | 31.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: Credit Karma Negative Balance <$18.00> | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Savings: Credit Karma Zero balance | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Deposits of money: Chime | 83.00 | 0.00 | | 0.00 | FA |
| 13 | Deposits of money: Paypal Zero balance | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Deposits of money: Venmo Zero balance | 0.00 | 0.00 | | 0.00 | FA |
| 15 | T-Mobile stock-not vested | 0.00 | 0.00 | | 0.00 | FA |
| 16 | 401k: Fidelity | 1,000.00 | 0.00 | | 0.00 | FA |
| 17 | Earned but unpaid net wages | 3,000.00 | 0.00 | | 0.00 | FA |
| 18 | Garnished wages - Gurstel - NEVER GARNISHED<br>Scheduled on SOFA with value of $3,398.90. | 2,035.02 | 0.00 | | 0.00 | FA |
| 19 | Int. in Ins. policies: Homeowner's insurance policy through Safeco | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Int. in Ins. policies: Term life insurance policy through employer | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Stenger garnishment - Scheduled on SOFA | 738.04 | 738.04 | | 738.04 | FA |
| **21** | **Assets Totals (Excluding unknown values)** | **$371,657.56** | **$738.04** | | **$738.04** | **$0.00** |

# Form 1

# Individual Estate Property Record and Report

# Asset Cases



**Case No.:** 25-41476-KAC
**Case Name:** Jerry Jamaal Gjerdahl

**For Period Ending:** 09/09/2026

**Trustee Name:** (430120) Nauni J. Manty
**Date Filed (f) or Converted (c):** 05/08/2025 (f)
**§ 341(a) Meeting Date:** 06/12/2025
**Claims Bar Date:** 10/31/2025

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 06/30/2026

**Current Projected Date Of Final Report (TFR):** 07/15/2026 (Actual)

# Form 2

# Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| | | | |
|---|---|---|---|
| **Case No.:** | 25-41476-KAC | **Trustee Name:** | Nauni J. Manty (430120) |
| **Case Name:** | Jerry Jamaal Gjerdahl | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***5405 | **Account #:** | ******1562 Checking |
| **For Period Ending:** | 09/09/2026 | **Blanket Bond (per case limit):** | $20,500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 07/28/25 | {21} | Resurgent Capital Services - Stenger | Payment for preference | 1141-000 | 738.04 | | 738.04 |
| 07/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 733.04 |
| 08/29/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 728.04 |
| 09/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 723.04 |
| 10/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 718.04 |
| 11/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 713.04 |
| 12/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 708.04 |
| 01/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 703.04 |
| 02/27/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 698.04 |
| 03/31/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 693.04 |
| 04/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 688.04 |
| 05/29/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 683.04 |
| 06/02/26 | 101 | International Sureties | Bond #612418760 | 2300-000 | | 0.69 | 682.35 |
| 06/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 677.35 |
| 08/17/26 | 102 | Nauni J. Manty | Distribution payment - Dividend paid at 100.00% of $184.51; Claim # FEE; Filed: $184.51 | 2100-000 | | 184.51 | 492.84 |
| 08/17/26 | 103 | Nauni J. Manty | Distribution payment - Dividend paid at 100.00% of $6.42; Claim # TE; Filed: $6.42 | 2200-000 | | 6.42 | 486.42 |
| 08/17/26 | 104 | Minnesota Department of Revenue | Distribution payment - Dividend paid at 31.72% of $1,533.36; Claim # 10P; Filed: $1,533.36 | 5800-000 | | 486.42 | 0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **738.04** | **738.04** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | **738.04** | **738.04** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$738.04** | **$738.04** | |

# Form 2



## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 25-41476-KAC | **Trustee Name:** | Nauni J. Manty (430120) |
| **Case Name:** | Jerry Jamaal Gjerdahl | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***5405 | **Account #:** | ******1562 Checking |
| **For Period Ending:** | 09/09/2026 | **Blanket Bond (per case limit):** | $20,500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1562 Checking | $738.04 | $738.04 | $0.00 |
| | **$738.04** | **$738.04** | **$0.00** |